# In the United States Court of Federal Claims

(August 25, 2004)

**No.** 04-1313C

THERMAL PROPERTIES, LTD,

v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:

Judge Diane Gilbert Sypolt

**Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk