# In the United States Court of Federal Claims

No. 04-1313 C
(Filed: December 15, 2004)

************************************
**THERMAL PROPERTIES LTD.,** *
**A California Limited Partnership** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case to the docket of Judge Marian Blank Horn.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge