# In the United States Court of Federal Claims

No. 04-1313 C
(Filed: December 16, 2004)

| | |
|---|---|
| ************************************ | |
| **THERMAL PROPERTIES LTD.,** | * |
| **A California Limited Partnership** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims and in light of a conflict of interest, the Clerk of the Court is hereby directed to reassign this case from the docket of Judge Marian Blank Horn to the docket of Judge Lawrence M. Baskir.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge