**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THERMAL PROPERTIES, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1313C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR A STAY OF PROCEEDINGS

Pursuant to Rules 1 and 7(b) of the Rules of the United States Court of Federal Claims, plaintiff, Thermal Properties, LTD, and the defendant, the United States, respectfully request that the Court stay further proceedings in this matter while this case's companion cases, Brawley I v. United States, Fed. Cl. No. 04-1287C, and Brawley II v. United States, Fed. Cl. No. 1305, remain in the Court's ADR pilot program. This is the parties' first request for a stay for this purpose.

On August 26, 2004, Brawley I and Brawley II were referred to the Court's ADR pilot program. Six other related cases have also been placed in ADR. The issues raised in this case essentially mirror the facts and issues raised in both the Brawley I and Brawley II complaints, and the six other complaints. Plaintiffs in Brawley I, Brawley II, and this case are represented by the same counsel. With regard to the ADR pilot program, pursuant to Second Amended General Order No. 40, the parties are required to meet several filing deadlines in an effort to explore the possibility of an amicable resolution of plaintiffs' claims. The parties are also considering the possibility of jointly requesting that this case, Thermal Properties, Ltd., be referred to ADR, to facilitate coordination of the parties' efforts to resolve these cases. In order to engage in fruitful ADR activities, and to avoid potentially duplicative and unnecessary filings, the parties request that the Court stay proceedings in this case while its companion cases, Brawley I and Brawley II,

remain in the Court's ADR program. Upon conclusion of ADR, if no amicable resolution is met, the parties request an additional 14 days before the resumption of any filing deadlines which may arise in this case.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case so long as it and/or its companion cases remain in the Court's ADR pilot program, and for an additional 14 days after the conclusion of ADR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
MARK J. BLANDO , Of Counsel
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorneys for Plaintiffs*

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*

Dated: February 16, 2005

**Filed Electronically**
**with the consent of Attorneys for Defendant**