# In the United States Court of Federal Claims

Case No. 04-1313C
(Filed: February 18, 2005)

*********************************************
THERMAL PROPERTIES, LTD., *
a California Limited Partnership, *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************

**ORDER**

Parties' **Joint Motion for Stay of Proceedings of this case** (filed February 16, 2005), pending outcome of its companion cases *Brawley I* and *Brawley II* in the ADR program with Judge Horn, is hereby **GRANTED**. **If no amicable resolution is met, the parties shall file the Joint Preliminary Status Report 14 days after conclusion of ADR.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge